# United States Court of Appeals for the Federal Circuit

March 22, 2018

**ERRATUM**

Appeal No. 2017-1101

**DELL INC.,**
*Appellant*

**v.**

**ACCELERON, LLC,**
*Appellee*

Decided: March 19, 2018
Precedential Opinion

Please make the following change:

On page 10, line 1 insert "Unless it chose to exercise its waiver authority under 37 C.F.R.§ 42.5(b)," before "The" to read as follows:

Unless it chose to exercise its waiver authority under 37 C.F.R § 42.5(b), the Board was obligated to dismiss Dell's untimely argument given that the untimely argument in this case was raised for the first time during oral argument.